IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE MATTER OF:

| | |
|---|---|
| ASSIGNMENT OF CRIMINAL CASES ) <br> FOR THE LIMITED PURPOSE OF ) <br> RESOLUTION OF WIRETAP MOTIONS ) | Order of Assignment |

In the interest of judicial efficiency, pursuant to D.C.COLO.LCrR 50.1, and the direction of the active district judges, the following cases are specifically re-assigned to Judge Edward W. Nottingham for the sole and limited purpose of scheduling, hearing, and deciding any motions which may be filed raising issues relating to wiretaps used to obtain evidence which the Government proposes to use in the case.

07-cr-173-LTB

07-cr-174-LTB

07-cr-175-LTB

07-cr-00176-MSK

07-cr-178-REB

07-cr-180-REB

07-cr-181-LTB

07-cr-182-REB

07-cr-00183-REB

07-cr-00184-WYD

07-cr-00186-WYD

07-cr-00187-WYD

DATED this the 24th day of May, 2007 at Denver, Colorado.

BY THE COURT:

_____
Lewis T. Babcock, Chief Judge